LAW OFFICE
OF

## B. ALAN SEIDLER

580 BROADWAY

NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

May 8, 2019

Hon. Colleen McMahon
Chief US District Judge, SDNY
US Courthouse
500 Pearl Street
New York, NY 10007

By ECF

Re: USA v. James Spain
18 cr 569 (CM)

Dear Judge McMahon;

I have previously written to request the terms of Spain's bail release be modified to eliminate that portion requiring home detention.  To clarify my prior letter I request that the requirement of location monitoring and home detention be removed.  This will permit Spain to work at Lowe's from Thursday - Sunday from 9PM - 5 AM.  Spain can then also work at Kohl's from 6AM - 11AM.

I have not heard back from AUSA Clore about this request, but Pre trial services officer Leo Barrios approves of the elimination of home detention and location monitoring provisions.

Respectfully,

B. Alan Seidler

cc: leo_barrios@nyspt.uscourts.gov
bas/ee.